IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY  SCOTT DELAINE,

     Appellant,

                            Case No.    5D21-1226

v.                               LT Case No. 2018-CA-000193

DONNA MARIE FORREST,

     Appellee.

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

James Sweeting, III, of James Sweeting
III, LLC, Baltimore, for Appellant.

Lawrence P. Cartelli, of Lawrence P.
Cartelli, P.A., Tavares, for Appellee.

PER CURIAM.

    AFFIRMED.


EVANDER, WALLIS and WOZNIAK, JJ., concur.